UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| AMIYA JUVAIS DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SMITH, et al.,<br><br>Defendants. | Case No. 2:25-CV-563-GSL-AZ |

**ORDER**

This matter is before the Court on Magistrate Judge Abizer Zanzi's *sua sponte* report and recommendation entered on August 13, 2026. [DE 84]. For the reasons fully explained in the report, Magistrate Judge Zanzi recommends that this Court grant Defendants Gary S. Germann and the State of Indiana's Motion to Dismiss, [10].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Zanzi's report and recommendation in full, and **GRANTS** the Defendants Gary S. Germann and the State of Indiana's Motion to Dismiss, [10].

SO ORDERED.

ENTERED: September 2, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court